UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALLACE EDWIN PERRY, JR., )<br>)<br>Defendant. ) | Docket No. 5:13-CR-00336-H<br><br><br><br>ORDER |

This matter coming before the Court on Defendant's unopposed motion to seal the Memorandum in Aid of Sentencing, filed as a proposed sealed document, under Local Criminal Rule 55.2.1 and Local Civil Rule 79.2, premises considered and for good cause shown, the motion is hereby

**GRANTED**, and the proposed Under Seal Memorandum in Aid of Sentencing is **ORDERED** to be filed under seal.

This the 7th day of May 2014.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE